Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Bernard R. Given II (State Bar No. 134718)
bgiven@frandzel.com
Michael J. Gomez (State Bar No. 251571)
mgomez@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard
Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellant Cathay Bank

~~Judge's Copy~~

FILED
CLERK, U.S. DISTRICT COURT
SEP 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MERUELO MADDUX PROPERTIES, INC., et al.,<br><br>Debtor. | CASE Nos. 2:11-cv-04124-SVW<br>2:11-cv-04206-SVW<br><br>Bankruptcy Case No. 1:09-bk-13356-VK<br><br>Chapter 11<br><br>(Jointly Administered) |
| CATHAY BANK,<br><br>Appellant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF EQUITY HOLDERS FOR THE ESTATE OF MERUELO MADDUX PROPERTIES, INC.; OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ESTATES OF MERUELO MADDUX PROPERTIES, INC., *et al.*; and MERUELO MADDUX PROPERTIES, INC., *et al.*,<br><br>Appellees. | **ORDER ON STIPULATION TO DISMISS APPEALS WITH PREJUDICE** |

883779.1 | 023000-0710

1

ORDER ON STIPULATION TO DISMISS APPEALS

The Court having read and considered the *Stipulation to Dismiss Appeals with Prejudice* (the "Stipulation") entered into between Cathay Bank ("Appellant"), the Official Committee of Equity Holders for the Estate of Meruelo Maddux Properties, Inc. (the "Equity Committee"), the Official Committee of Unsecured Creditors for the Estates of Meruelo Maddux Properties, Inc., *et al.* (the "Creditors' Committee"), and the reorganized Meruelo Maddux Properties, Inc., *et al.* (the "Debtors" and together with the Equity Committee and the Creditors' Committee, the "Appellees"), and good cause appearing,

**IT IS ORDERED THAT:**

1. The Stipulation is approved.
2. The appeals are dismissed, ~~subject to the parties reserving any and all of their rights and defenses~~.
3. Each party will bear their own costs.

DATED: 9/14/11

The Honorable Stephen V. Wilson
United States District Court Judge